UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br><br>   Plaintiff,<br><br> v.<br><br>Hennepin County; Hennepin Healthcare System, Inc.; Laura Sloan, M.D., *in her individual capacity*; Minnesota Department of Human Services Commissioner Jodi Harpstead, *in her official capacity*; KyleeAnn Stevens, M.D., *in her individual capacity*; and Jane Doe 1, *in her individual capacity*,<br><br>   Defendants. | Case No. 24-cv-1392 (NEB/DTS)<br><br><br><br>**RULE 7.1 CERTIFICATE** |

  I certify that this brief conforms to the requirements of LR 7.1(f) for a brief with a proportional font. The length of this brief is 5,502 words. The brief was prepared using Microsoft Word for Office 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated: May 7, 2024         s/ *Kevin C. Riach*  
                           Kevin C. Riach  
                           Attorney ID No. 389277  
                           The Law Office of Kevin C. Riach  
                           125 Main St. SE, Suite 339  
                           Minneapolis, MN 55414  
                           Phone: 612-203-8555  

                           **ATTORNEY FOR PLAINTIFF**