UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, <br><br> Plaintiff, <br><br> vs. <br><br> Hennepin County; Hennepin Healthcare System, Inc.; Laura Sloan, M.D., in her individual capacity; Minnesota Department of Health Commissioner Jodi Harpstead, in her official capacity; KyleeAnn Stevens, M.D., in her individual capacity; and Jane Doe 1, in her individual capacity, <br><br> Defendants. | Case No. 24-cv-01392-NEB-DTS <br><br> **<u>REDACTED</u>** <br><br> **DECLARATION OF BRANDON BOESE** |

I, Brandon Boese, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Assistant Attorney General with the Minnesota Attorney General's Office and I represent DHS Defendants in the above-captioned matter. This declaration is based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of a document titled Respondent's Closing Argument that contains a case caption with a court file number of ▇▇▇▇▇▇▇▇ (Minn. Dist. Ct. Jan. 2, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2024.        **s/ Brandon Boese**
                                    BRANDON BOESE