**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| John Doe, | Case No. 24-cv-1392 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Hennepin County, et al., | |
| Defendants. | |

---

The parties filed a stipulation, Dkt. No. 74, to give Defendant an extension of time to Answer the Amended Complaint. **IT IS HEREBY ORDERED:**

1. The parties' stipulation is **APPROVED IN PART**.

2. Defendants shall Answer or otherwise respond to the Amended Complaint on or before September 30, 2024.

Dated: September 3, 2024
      s/David T. Schultz
   DAVID T. SCHULTZ
   U.S. Magistrate Judge